UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| DAVID ALLEN HANCOCK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:17-cv-00310-TLS-JEM |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, David Allen Hancock, and Defendant, Educational Credit Management Corporation, by their respective counsel, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this lawsuit with prejudice, with each party bearing its own respective costs and expenses, including but not limited to attorney's fees.

SULAIMAN LAW GROUP, LTD.

By: /s/ Nathan C. Volheim
Nathan C. Volheim
Mohammed O. Badwan
Taxiarchis Hatzidimitriadis,
Ahmad T. Sulaiman
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL  60148
mbadwan@sulaimanlaw.com
nvolheim@sulaimanlaw.com
thatz@sulaimanlaw.com
ahmad.sulaiman@sulaimanlaw.com
Attorneys for Plaintiff David Allen Hancock

FROST BROWN TODD LLC

By: /s/Dean R. Brackenridge (with consent)
Dean R. Brackenridge
201 N. Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
Telephone: (317) 237-3847
Fax: (317) 237-3900
dbrackenridge@fbtlaw.com
Attorney for Defendant Educational Credit Management Corporation